IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01296-WYD-MJW

PUEBLO COUNTRY CLUB,

Plaintiff,

v.

AXA CORPORATE SOLUTIONS INSURANCE COMPANY, f/k/a GLOBAL RISKS US INSURANCE COMPANY,

Defendant.

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion for Leave to File Amended Complaint, which was filed on November 17, 2005 (docket no. 16), is granted. The plaintiff shall file the Amended Complaint within five days of the date of this Minute Order.

Date: December 5, 2005