IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01296-WYD-MJW

PUEBLO COUNTRY CLUB,

Plaintiff(s),

v.

AXA CORPORATE SOLUTIONS INSURANCE COMPANY, f/k/a GLOBAL RISKS US INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend/Correct/Modify Scheduling Order, Extending Time for Discovery and Rescheduling Settlement Conference, filed with the Court on February 17, 2006, (DN 29), is GRANTED.  The Scheduling Order is amended as follows:

a.  Expert disclosures deadline is extended up to and including May 1, 2006;

b.  Rebuttal expert disclosures deadline is extended up to and including June 1, 2006;

c.  Discovery cutoff date is extended up to and including July 1, 2006;

d.  Dispositive motions deadline is extended up to and including August 1, 2006; and,

e.  The Settlement Conference set on March 1, 2006, at 1:30 p.m., is VACATED and RESET on June 14, 2006, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their confidential settlement statements on or before June 7, 2006.

Date:  February 21, 2006