IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01296-WYD-MJW

PUEBLO COUNTRY CLUB,

Plaintiff(s),

v.

AXA CORPORATE SOLUTIONS INSURANCE COMPANY, f/k/a GLOBAL RISKS US INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant AXA Corporate Solutions Insurance Company's Motion to Compel Production of Documents (docket no. 27) is MOOT and therefore DENIED.  Per the Plaintiff's Response to the subject Motion to Compel (docket no. 31), the parties have reached an agreement concerning the subject motion. Each party to pay their own attorney fees and costs for this motion.

Date:  February 22, 2006