IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01296-WYD-MJW

PUEBLO COUNTRY CLUB,

Plaintiff(s),

v.

AXA CORPORATE SOLUTIONS INSURANCE COMPANY, f/k/a GLOBAL RISKS US INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order, filed with the Court on April 20, 2006, (DN 35), is GRANTED. The Scheduling Order is amended as follows:

    a.  The parties shall complete all fact discovery including written discovery requests and depositions, on or before July 1, 2006;

    b.  The parties shall designate expert witnesses and provide opposing counsel simultaneously with all information specified in Fed.R.Civ.P.26(a)(2) on or before July 1, 2006;

    c.  The parties shall designate rebuttal expert witnesses and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before July 15, 2006;

    d.  The parties shall complete all depositions of disclosed experts, if any, on or before August 15, 2006;

    e.  All dispositive motions shall be filed on or before August 1, 2006; and

    f.  The settlement conference set on June 14, 2006, at 10:30 a.m., is VACATED and may be reset upon joint motion of the parties at an appropriate time.

It is FURTHER ORDERED that no further continuances of discovery will be permitted.

Date:  April 24, 2006