IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01296-WYD-MJW

PUEBLO COUNTRY CLUB,

>Plaintiff(s),

v.

AXA CORPORATE SOLUTIONS INSURANCE COMPANY, f/k/a GLOBAL RISKS US INSURANCE COMPANY,

>Defendant(s).

---

### MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

>Plaintiff's Unopposed Motion to Have One of its Attorneys Participate in the Trial Preparation Conference by Telephone, filed May 29, 2007 (docket #81) is **GRANTED IN PART**.

>Attorney Michael Rosenberg is excused from participation in the trial preparation conference scheduled to take place on July 6, 2007.

>Dated:  May 31, 2007