**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech        Date:   June 18, 2007
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **05-cv-01296-WYD-MJW**        Counsel:

**PUEBLO COUNTRY CLUB**,                         Michael J. Rosenberg
                                                 Steven Taffet
            Plaintiff,

v.

**AXA CORPORATE SOLUTIONS**                      Darin L. Mackender
**INSURANCE COMPANY, et al.**,                   Edward P. Gibbons

            Defendants.

_____

**COURTROOM MINUTES**
_____

**HEARING REGARDING PROPRIETY OF DAUBERT MOTIONS**

**3:07 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

3:08 p.m.          Discussion regarding settlement discussions between the parties.

                   Court's remarks regarding Daubert motions.

3:12 p.m.          Discussion and argument regarding the propriety of the Daubert motions.

**ORDERED:**       Defendants' Motion for Hearing/Conference and Objection to Proposed Expert Testimony of Garth H. Allen (#87 - 6/4/07) is **STRICKEN for failure to comply with D.C.COLO.LCivR.7.1A.**

Judge Wiley Y. Daniel
05-cv-01296-WYD-MJW - Courtroom Minutes

**ORDERED:**  Defendants' Motion for Hearing/Conference and Objection to Proposed Expert Testimony of Lewis M. Quigg (#88 - 6/6/07) is **STRICKEN for failure to comply with D.C.COLO.LCivR.7.1A.**

**ORDERED:**  Defendants' Motion for Hearing/Conference and Objection to Proposed Expert Testimony of Gregory A. Eurich (#89 - 6/7/07) is **STRICKEN for failure to comply with D.C.COLO.LCivR.7.1A.**

**ORDERED:**  Defendants' Motion for Hearing/Conference and Objection to Proposed Expert Testimony of William D. Pyle (#90 - 6/8/07) is **STRICKEN for failure to comply with D.C.COLO.LCivR.7.1A.**

**ORDERED:**  Plaintiff's First Motion to Strike AXA's Motion to Bar Testimony of Garth H. Allen (#85 - 6/1/07) is **GRANTED.**

**ORDERED:**  Plaintiff's Second Motion to Strike AXA Daubert Motions (#92 - 6/11/07) is **GRANTED.**

3:30 p.m.   Discussion regarding the filing of supplemental jury instructions and refiling of Daubert Motions.

**ORDERED:**  Defendants shall file supplemental jury instructions not later than **Tuesday, June 26, 2007.**

3:37 p.m.   Discussion regarding issues related to the settlement conference before Magistrate Judge O. Edward Schlatter.

**ORDERED:**  Final trial preparation conference set for Friday, July 6, 2007, at 10:00 a.m. is **VACATED.**

**ORDERED:**  A hearing on pending motions and final trial preparation conference is set for **Thursday, July 19, 2007, at 2:00 p.m., in courtroom A-1002.**

**3:47 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:40**