# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE WILEY Y. DANIEL

_____

Courtroom Deputy:   Robert R. Keech          Date:   July 19, 2007
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **05-cv-01296-WYD-MJW**          Counsel:

**PUEBLO COUNTRY CLUB**,                          Michael J. Rosenberg
                                                  Steven Taffet
            Plaintiff,

v.

**AXA CORPORATE SOLUTIONS**                       Edward P. Gibbons
**INSURANCE COMPANY, et al.**,                    Christopher A. Wadley
                                                  Darin L. Mackender
            Defendants.

_____

### COURTROOM MINUTES
_____

**HEARING ON PENDING MOTIONS and FINAL TRIAL PREPARATION CONFERENCE**

**2:18 p.m.**    Court in Session

                 APPEARANCES OF COUNSEL.  Edward P. Gibbons and Christopher A.
                 Wadley appear by telephone.

                 Court's opening remarks.

2:20 p.m.        Discussion regarding schedule for trial and that it is estimated the trial will take 8
                 days.

                 Court's remarks regarding motions to exclude Plaintiff's expert witnesses.

**ORDERED:**     Defendant's Motion for Hearing/Conference and Objection to Expert Testimony
                 of Garth H. Allen (#99 - 6/29/07) is **DENIED WITHOUT PREJUDICE.**

Judge Wiley Y. Daniel
05-cv-01296-WYD-MJW - Courtroom Minutes

**ORDERED:** Defendant's Motion for Hearing/Conference and Objection to Expert Testimony of Lewis M. Quigg (#100 - 6/29/07) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Renewed Motion for Hearing/Conference and Objection to Expert Testimony of Gregory A. Eurich (#101 - 6/29/07) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Renewed Motion for Hearing/Conference and Objection to Expert Testimony of William D. Pyle (#102 - 6/29/07) is **DENIED WITHOUT PREJUDICE.**

Plaintiff's Motion in Limine Re: Admissibility of Evidence Concerning December 2, 2002 Settlement Conference (#68 - 9/29/06) is raised for argument.

2:33 p.m.     Argument by Plaintiff (Mr. Rosenberg).

2:43 p.m.     Argument by Defendant (Mr. Wadley).

2:53 p.m.     Argument by Plaintiff (Mr. Rosenberg).

**ORDERED:** Plaintiff's Motion in Limine Re: Admissibility of Evidence Concerning December 2, 2002 Settlement Conference (#68 - 9/29/06) is **DENIED.**

**ORDERED:** Magistrate Judge O. Edward Schlatter will be allowed to be called as a witness at trial.

**ORDERED:** Counsel shall meet jointly with Magistrate Judge O. Edward Schlatter to discuss details of his possible testimony at trial.

3:04 p.m.     Discussion regarding issue related to Plaintiff's witness Lawrence Daveline.

**ORDERED:** Court will defer a ruling on whether Plaintiff's witness Lawrence Daveline will be allowed to testify.

3:10 p.m.     Discussion regarding jury instructions and time limits for opening statements.

**ORDERED:** Counsel shall file an agreed upon joint statement of the case not later than **Wednesday, July 25, 2007.**

**ORDERED:** Opening statements shall not exceed **thirty (30) minutes per side.**

Judge Wiley Y. Daniel
05-cv-01296-WYD-MJW - Courtroom Minutes

| | |
|---|---|
| 3:18 p.m. | Discussion regarding stipulation to admissibility of exhibits, limiting instructions, and videotape deposition of a witness. |
| **ORDERED:** | Counsel shall file an advisement with the Court, containing language for proposed limiting instructions, not later than **Thursday, July 26, 2007.** |
| **ORDERED:** | The expert witnesses will be allowed to testify and any objections by Defendant to their testimony will be dealt with outside the presence of the jury. |
| **3:26 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  1:08**