IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01296-WYD-MJW

PUEBLO COUNTRY CLUB,

    Plaintiff(s),

v.

AXA CORPORATE SOLUTIONS INSURANCE COMPANY, f/k/a GLOBAL RISKS US INSURANCE COMPANY,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal of Case, filed August 21, 2007 (docket #128), in which the parties stipulated to dismissal of this case in its entirety, with prejudice.  Upon consideration of the Stipulation and file in this case, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees, costs, and other expenses.

Dated:  August 22, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge